UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
YI SZECHENYI-JIN,                                                       :
                                                                        :
                              Plaintiff,                                :      19-CV-10472 (JMF)
                                                                        :
                -v-                                                     :      ORDER
                                                                        :
AXA EQUITABLE LIFE INSURANCE COMPANY,                                   :
AXA EQUITABLE HOLDINGS, INC., and AXA                                   :
EQUITABLE SEVERANCE BENEFIT PLAN,                                       :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* Docket No. 16, Defendants' earlier motion to dismiss filed at Docket No. 11 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 23, 2020**. Defendants' reply, if any, is due by **March 30, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

    The Clerk of Court is directed to terminate Docket No. 11.

    SO ORDERED.

Dated: March 10, 2020
       New York, New York
                                                    JESSE M. FURMAN
                                                   United States District Judge