UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                   :
YI SZECHENYI-JIN,                                   :
                                                   :
                                 Plaintiff,           :
                                                   :                  19-CV-10472 (JMF)
                          -v-                               :
                                                   :                          ORDER
AXA EQUITABLE LIFE INSURANCE COMPANY et   :
al.,                                                         :
                                                    :
                                 Defendants.      :
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       For reasons the Court will explain orally at an initial pretrial conference to be held on **December 22, 2020** at **3:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, the Court GRANTS Defendants' motion to dismiss the First and Third Claims of Plaintiff's Amended Complaint.  *See* ECF No. 16.  Defendants shall answer the Second and Fourth Claims of Plaintiff's Amended Complaint by **December 7, 2020. No later than the Thursday before the initial pretrial conference**, the parties shall file a joint letter and proposed case management plan in accordance with the Court's Order of November 14, 2019.  *See* ECF No. 5.

       The Clerk of Court is directed to terminate ECF No. 16.

       SO ORDERED.

Dated: November 23, 2020
       New York, New York                                       JESSE M. FURMAN
                                                            United States District Judge